## J. T. JOHNSON V. PROSPER STATE BANK.

No. 7566. Decided April 24, 1940.
(—— S. W., 2d Series, ——.)

*W. H. Hall* and *B. W. Ashworth,* of Dallas, and *Smith & Dowdy,* of McKinney, for plaintiff in error.

*John D. Reese,* of McKinney, for defendant in error.

MR. JUSTICE CRITZ delivered the opinion of the Court.

We have carefully examined the opinion of the Court of Civil Appeals, reported in 125 S. W. (2d) 707, and, in our opinion, it correctly decides all questions of law necessary to be determined to decide this case.

The judgment of the Court of Civil Appeals is affirmed.

Opinion delivered April 24, 1940.